[No. 40237-8-II.   Division Two.   May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER CORTLANDT NATHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02183-1, Rosanne Buckner, J., entered January 8, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Hunt and Van Deren, JJ.

[No. 40253-0-II.   Division Two.   May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINT WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01596-3, Kitty-Ann van Doorninck, J., entered January 22, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40254-8-II.   Division Two.   May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AKEEM NURUDDIN HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04851-1, Ronald E. Culpepper, J., entered December 30, 2009. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40508-3-II.   Division Two.   May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RIMMER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-01687-4, Paula Casey, J., entered February 23, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.